**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

THE CINCINNATI INSURANCE COMPANY,   )
                                    )
PLAINTIFF,                          )
                                    )
V.                                  )        Case No. 1:26-CV-0090-SNLJ
                                    )
D.W. TOOL, INC., ET AL.,            )
                                    )
DEFENDANTS                          )

**DEFENDANT JOHN EGBUKA'S MOTION TO DISMISS OR,**
**IN THE ALTERNATIVE, STAY PROCEEDINGS**

Defendant John Egbuka moves that this case be dismissed or, in the alternative, stayed until conclusion of the proceedings of the underlying action that is pending in Missouri state court.

Based upon the reasoning of the Missouri Supreme Court in *McCrackin v. Mullen*, 701 S.W.3d 868, 874 (Mo. 2024), whenever possible, declaratory judgment actions should be brought in the same court where the underlying action is pending.  In this instance, the underlying action is currently pending in the Circuit Court of Cape Girardeau County, Missouri. Furthermore, this Court has discretion to decline jurisdiction over this declaratory judgment action.  See e.g. *Wilton v. Seven Falls Co.*, 515 U.S. 277, 282 (1995).

In the alternative, due to the fact-intensive nature of the policy language at issue, defendant Egbuka respectfully requests that this action be stayed pending resolution of the related state-court proceedings.

A memorandum setting forth the suggestions in support of dismissal, or stay, is being filed separately for the Court's consideration.

Respectfully submitted,

HUMPHREY, FARRINGTON, & McCLAIN, P.C.

/S/ Steven E. Crick

| | |
|---|---|
| STEVEN E. CRICK | #32654 |
| KEVIN D. STANLEY | #48008 |

221 W. Lexington, Suite 400
Independence, Missouri 64050
Telephone:     (816) 836-5050
sec@hfmlegal.com
kds@hfmlegal.com
**ATTORNEYS FOR JOHN EGBUKA**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6, 2026, the foregoing was electronically filed with the Clerk of Court using the ECF system.

*/s/ Steven E. Crick*

Attorney for Plaintiff
