**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 1:26-cv-00090-SNL |
| v. | ) ) | |
| D.W. TOOL, INC. d/b/a WAHLCO | ) ) | |
| and | ) ) | |
| JOHN EGBUKA, | ) ) | |
| Defendants. | ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

**COME NOW,** Plaintiff The Cincinnati Insurance Company, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby voluntarily dismisses all claims asserted against Defendant John Egbuka**.**

Because Defendant John Egbuka has not served an answer or a motion for summary judgment, this Notice is effective upon filing pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

**LITCHFIELD CAVO LLP**

By: */s/ Ryan J. Head*
Blaine P. Smith              MO#74504
Ryan J. Head                MO#75314
10401 Holmes Road, Suite 220

Kansas City, MO 64131
(816) 648-1400
(816) 648-1401 Fax
smithb@litchfieldcavo.com
head@litchfieldcavo.com

**ATTORNEYS FOR PLAINTIFF
THE CINCINNATI INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2026, the foregoing was electronically filed with the Clerk of Court using the ECF system.

By: */s/ Ryan J. Head*