UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.  1:26-cv-00090-SNLJ |
| | ) | |
| D.W. TOOL, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter is before the Court on plaintiff's Voluntary Dismissal of all claims against defendant John Egbuka.  [Doc. 28].  Defendant Egbuka has not filed an answer or motion for summary judgment.  Therefore, plaintiff has a right to dismiss defendant Egbuka pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Plaintiff's Voluntary Dismissal was effective upon filing and does not require judicial approval.  *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1077-78 (8th Cir. 2017).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall terminate defendant John Egbuka.

**IT IS FURTHER ORDERED** that Egbuka's Motion to Dismiss [Doc. 23] is terminated as moot.

**SO ORDERED** this 21st day of July, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE